**STATE OF MONTANA,**
    **Plaintiff,**

**CAUSE NO. DC-97-127**
**DECISION**

-vs-

**GREGORY ENEAS KENMILLE,**
    **Defendant.**

On August 20, 2014, the Defendant's sentence was revoked for violation of the conditions of a suspended sentence, and was sentenced to the Department of Corrections for a term of two (2) years with none of that time suspended for Aggravated Burglary, a Felony, in violation of §45-6-204(2), MCA, with punishment as provided in §45-6-204(3), MCA. The Defendant shall receive credit for time served on this revocation of 97 days.

On November 6, 2014, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Ed Sheehy, Jr., Montana Office of Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly

excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate of clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 6th day of November, 2014.

DATED this 24th day of November, 2014.

Chairperson, Hon. Brad Newman, Member Hon. Kathy Seeley and Member Hon. Brenda Gilbert.